**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gladys Marleny Barrientos Morales,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, et al.,<br><br>Respondents. | No. CV-26-04761-PHX-EJM<br><br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) The Court ordered Respondents to answer the Petition. (Doc. 7.) In the Response, Respondents state: "Respondents do not oppose Petitioner's request for release at this time." (Doc. 8.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.[1]

(3) Respondents must provide a notice of compliance within **two days** of Petitioner's release.

. . .

---

[1] These conditions include the return of Petitioner's personal effects and documents.

(4)     Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 16th day of July, 2026.

Eric J. Markovich
United States Magistrate Judge