# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gladys Marleny Barrientos Morales, | **NO. CV-26-04761-PHX-EJM** |
| Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Todd Blanche, et al., | |
| Respondents. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed July 16, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted in Petitioner's favor as to her request for release from custody. The remainder of the Petition is denied as moot and this action is hereby closed.

Daniel R. McAllister
District Court Executive/Clerk of Court

July 16, 2026

s/ M. Bowman
By    Deputy Clerk